**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jessica Mercedes Winkler** **Case No. 26-12034-JDW**
**Nicholas Andrew Winkler, Debtors** **CHAPTER 13**

# EMERGENCY MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 06/09/2026.
2. Debtors are paying approximately $90,719.47 to General Unsecured Debts through the plan.
3. Debtors' 2021 Jeep Grand Cherokee is no longer running due to engine issues.
4. Debtor will be filing a Motion to Modify to surrender the 2021 Jeep Grand Cherokee back to Santander Consumer USA Inc.
5. Debtors wish to borrow up to $20,000.00 to purchase a vehicle with an interest rate not to exceed 25.00%. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533