**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jessica Mercedes Winkler** **Case No. 26-12034-JDW**
**Nicholas Andrew Winkler, Debtors** **CHAPTER 13**

**MOTION TO EXPEDITE HEARING**

COMES NOW, Jessica Mercedes Winkler & Nicholas Andrew Winkler, Debtors, by and through counsel, and move this Court to Expedite Hearing on the Emergency Motion to Incur Debt (Dk# 16) and in support thereof, would show the Court as follows:

I.

Debtors' 2021 Jeep Grand Cherokee is no longer working and is unavailable for use.

II.

Debtors lack of reliable transportation has created an immediate hardship and has it difficult to travel to work and other necessary daily obligations.

III.

Debtors request that the Court shorten the applicable time for hearing.

WHEREFORE, Debtors request that this Court grant this Motion to Expedite Hearing and set the accompanying motion for an expedited hearing or consideration, with such other relief as the Court deems appropriate.

Respectfully submitted,

Vernon Lee Jones

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR