**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JESSIE MERCEDES WINKLER and** | ) | |
| **NICHOLAS ANDREW WINKLER,** | ) | **Case No.: 26-12034-JDW** |
| | ) | |
| **Debtors.** | ) | **Chapter 13** |

---

**ORDER GRANTING MOTION TO EXPEDITE HEARING (DKT. # 17) AND SETTING DEBTOR'S EMERGENCY MOTION TO INCUR NEW DEBT (DKT. # 16) FOR HEARING**

This matter is before the Court on the *Motion to Expedite Hearing* (Dkt. # 17) regarding the *Emergency Motion to Incur new Debt* (Dkt. # 16) both filed by the debtor on September 30, 2026. The Court finds that an expedited hearing is warranted. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that the *Motion to Expedite Hearing* (Dkt. # 17) is **GRANTED**, and the *Emergency Motion to Incur new Debt* (Dkt. # 16) is set for expedited hearing on **October 15, 2026**, at **1:30 p.m. CT**, to be held at the **Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, Mississippi 39730**. The debtor is hereby directed to serve all affected parties with a copy of the *Emergency Motion to Incur new Debt* (Dkt. # 16) and a copy of this Order within three days of the entry of this Order, **and the response deadline shall be October 14, 2026**, at **12:00 p.m. CT**.

**##END OF ORDER##**