**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JESSIE MERCEDES WINKLER and** | ) | |
| **NICHOLAS ANDREW WINKLER,** | ) | **Case No.: 26-12034-JDW** |
| | ) | |
| **Debtors.** | ) | **Chapter 13** |

**<u>ORDER GRANTING MOTION TO EXPEDITE HEARING (DKT. # 17) AND SETTING DEBTOR'S EMERGENCY MOTION TO INCUR NEW DEBT (DKT. # 16) FOR HEARING</u>**

This matter is before the Court on the *Motion to Expedite Hearing* (Dkt. # 17) regarding the *Emergency Motion to Incur new Debt* (Dkt. # 16) both filed by the debtor on September 30, 2026. The Court finds that an expedited hearing is warranted. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that the *Motion to Expedite Hearing* (Dkt. # 17) is **GRANTED**, and the *Emergency Motion to Incur new Debt* (Dkt. # 16) is set for expedited hearing on **October 15, 2026**, at **1:30 p.m. CT**, to be held at the **Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, Mississippi 39730**. The debtor is hereby directed to serve all affected parties with a copy of the *Emergency Motion to Incur new Debt* (Dkt. # 16) and a copy of this Order within three days of the entry of this Order, **and the response deadline shall be October 14, 2026**, at **12:00 p.m. CT**.

**##END OF ORDER##**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jessica Mercedes Winkler** **Case No. 26-12034-JDW**
**Nicholas Andrew Winkler, Debtors** **CHAPTER 13**

**EMERGENCY MOTION TO INCUR NEW DEBT**

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 06/09/2026.
2. Debtors are paying approximately $90,719.47 to General Unsecured Debts through the plan.
3. Debtors' 2021 Jeep Grand Cherokee is no longer running due to engine issues.
4. Debtor will be filing a Motion to Modify to surrender the 2021 Jeep Grand Cherokee back to Santander Consumer USA Inc.
5. Debtors wish to borrow up to $20,000.00 to purchase a vehicle with an interest rate not to exceed 25.00%. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

JESSICA MERCEDES WINKLER
NICHOLAS ANDREW WINKLER

CASE NO: 26-12034

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 10/7/2026, I did cause a copy of the following documents, described below,

Order Expediting Hearing and Emergency Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/7/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

JESSICA MERCEDES WINKLER
NICHOLAS ANDREW WINKLER

CASE NO: 26-12034

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/7/2026, a copy of the following documents, described below,

Order Expediting Hearing and Emergency Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/7/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 26-12034-JDW
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
TUE OCT 6 16-46-17 CDT 2026

AMERICAN EXPRESS NATIONAL BANK
CO ZWICKER ASSOCIATES PC
80 MINUTEMAN ROAD PO BOX 9043
ANDOVER MA 01810-0943

AMERICAN EXPRESS NATIONAL BANK AENB
CO ZWICKER AND ASSOCIATES PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER MA 01810-0943

AMERICAN EXPRESS NATIONAL BANK CO ZWICKER
80 MINUTEMAN ROAD
PO BOX 9043
ANDOVER MA 01810-0943

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535

(P)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BANKFIRST FINANCIAL SERVICES
CO D ANDREW PHILLIPS ESQ
MITCHELL MCNUTT
PO BOX 947
OXFORD MS 38655-0947

BAPTIST MEMORIAL HOSP
PO BOX 745336
ATLANTA GA 30384-5336

~~EXCLUDE~~

~~LOCKE D BARKLEY~~
~~6360 I55 NORTH~~
~~SUITE 140~~
~~JACKSON MS 39211-2038~~

BK FST MACON
3055 JEFFERSON ST
MACON MS 39341-2275

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON DE 19850-5299

CITIBANK
ATTN BANKRUPTCY DEPARTMENT
POBOX 790046
ST LOUIS MO 63179-0046

CITIBANK NA
CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

CITIBANKTHE HOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS MO 63179-0046

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
ROBERTSON ANSCHUTZ SCHNEID
CRANE PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

D ANDREW PHILLIPS
PO BOX 947
OXFORD MS 38655-0947

REBEL SMILES
2311 JACKSON AVE W
UNIT 302
OXFORD MS 38655-5751

~~EXCLUDE~~

~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

SANTANDER CONSUMER USA INC
DBA CHRYSLER CAPITAL
1601 ELM STREET SUITE 800
DALLAS TX 75201-7260

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
PO BOX 961211
FORT WORTH TX 76161-0211

SYNCBVENMO
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO FL 32896-5065

SYNCBBELK
ATTN BANKRUPTCY DEPT
PO BOX 965065
ORLANDO FL 32896-5065

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
PO BOX 661380
DALLAS TX 75266-1380

~~EXCLUDE~~

SYNCHRONY BANKSAMS CLUB
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO
FL 32896-5065

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

DEBTOR

JESSICA MERCEDES WINKLER
119 CHAMPION CIR
WATER VALLEY MS 38965-2821

NICHOLAS ANDREW WINKLER
119 CHAMPION CIR
WATER VALLEY MS 38965-2821