**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JESSIE MERCEDES WINKLER and** | ) | |
| **NICHOLAS ANDREW WINKLER,** | ) | **Case No.: 26-12034-JDW** |
| | ) | |
| **Debtors.** | ) | **Chapter 13** |

**<u>ORDER GRANTING MOTION TO EXPEDITE HEARING (DKT. # 17) AND SETTING DEBTOR'S EMERGENCY MOTION TO INCUR NEW DEBT (DKT. # 16) FOR HEARING</u>**

This matter is before the Court on the *Motion to Expedite Hearing* (Dkt. # 17) regarding the *Emergency Motion to Incur new Debt* (Dkt. # 16) both filed by the debtor on September 30, 2026. The Court finds that an expedited hearing is warranted. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that the *Motion to Expedite Hearing* (Dkt. # 17) is **GRANTED**, and the *Emergency Motion to Incur new Debt* (Dkt. # 16) is set for expedited hearing on **October 15, 2026**, at **1:30 p.m. CT**, to be held at the **Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, Mississippi 39730**. The debtor is hereby directed to serve all affected parties with a copy of the *Emergency Motion to Incur new Debt* (Dkt. # 16) and a copy of this Order within three days of the entry of this Order, **and the response deadline shall be October 14, 2026**, at **12:00 p.m. CT**.

**##END OF ORDER##**

United States Bankruptcy Court
Northern District of Mississippi

In re:
Jessica Mercedes Winkler
Nicholas Andrew Winkler
Debtors

Case No. 26-12034-JDW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 05, 2026 Form ID: pdf0001 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jessica Mercedes Winkler, Nicholas Andrew Winkler, 119 Champion Cir, Water Valley, MS 38965-2821 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| D. Andrew Phillips | on behalf of Creditor BankFirst Financial Services aphillips@mitchellmcnutt.com dharwell@mitchellmcnutt.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Jessica Mercedes Winkler trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Nicholas Andrew Winkler trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 5