**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jessica Mercedes Winkler** **Case No. 26-12034-JDW**
**Nicholas Andrew Winkler, Debtors** **CHAPTER 13**

**ORDER MODIFYING CHAPTER 13 PLAN**

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK #18), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Plan is granted. Debtor shall surrender the 2021 Jeep Grand Cherokee to the Creditor, Santander Consumer USA Inc. d/b/a Chrysler Capital. This Order binds those creditors and parties in interest that have been properly served. The bankruptcy plan payments shall be reduced to the amount necessary to cease ongoing distributions to Santander Consumer USA Inc. d/b/a Chrysler Capital, Inc. and to continue to pay the priority and secured claims as ordered in the confirmed Plan. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtor must make payments as specified by modification. ***The creditor may file an*** (JDW) ***amended proof of claim for any deficiency balance that remains after disposition of the collateral.***

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR